UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| WALTER WELLS & SONS, LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | Case No. 3:11 cv 01513 |
| ) | |
| FRESHCO FOODSERVICE, INC. a/ka ) | |
| PORTLAND PRODUCE SERVICES, INC. ) | |
| and CHRISTOPHER E. KATHRENS, each ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of Plaintiff's Motion for Default Judgment (the "Motion") [D.E. #8], all supporting documents, pleadings and arguments of counsel, if any, and after Plaintiff having presented proof concerning damages, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED and JUDGMENT is hereby entered in favor of Plaintiff and against Freshco Foodservice, Inc. a/k/a Portland Produce Services, Inc. and Christopher E. Kathrens, each individually and on a joint and several basis, in the amount of $47,527.62 plus further interest at the contract rate of 1.5% per month (18%APR) until such time as the judgment is fully satisfied.

DATED this 18 day of May, 2012.

_____
Hon. Anna J. Brown
U.S. DISTRICT COURT JUDGE